# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RTI HOLDING COMPANY, LLC,[1] | ) | Case No. 20-12456 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| RUBY TUESDAY, INC., | ) | Adv. Case No. 20-51045-JTD |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EVERGREEN DEVELOPMENT COMPANY, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS IN SUPPORT OF DEBTOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING FIRST CLAIM FOR RELIEF ASSERTED IN COMPLAINT FOR DECLARATORY RELIEF**

Plaintiff, Ruby Tuesday, Inc. (the "**Debtor**"), one of the debtors and debtors in possession in the above-captioned chapter 11 cases, respectfully submits this *Appendix of*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432). The Debtors' mailing address is 333 East Broadway Ave., Maryville, TN 37804.

*Exhibits in Support of Debtor's Motion for Partial Summary Judgment Regarding First Cause of Action Asserted in Complaint for Declaratory Relief* (the "**Appendix**").[2]

     A.     Attached to this Appendix as **Exhibit A** is a true and correct copy of the Lease relating to the Restaurant located at 6749 Fox Centre Pkwy, Gloucester, Virginia 23061.

     B.     Attached to this Appendix collectively as **Exhibit B** are the Government Regulations that have been, and that are currently, in effect affecting the Restaurant.[3]

     C.     Attached as **Exhibit C** are excerpts of the Transcript of Hearing in *In re CEC Entertainment, Inc.*, Case No. 20-33163 (Bankr. S.D. Tex.), dated September 11, 2020, pp. 71-78.

Dated: December 21, 2020         PACHULSKI STANG ZIEHL & JONES LLP

          */s/ James E. O'Neill*
          Richard M. Pachulski (CA Bar No. 90073)
          Alan J. Kornfeld (CA Bar No. 130063)
          Malhar S. Pagay (CA Bar No. 189289)
          James E. O'Neill (Bar No. 4042)
          919 North Market Street, 17th Floor
          P.O. Box 8705
          Wilmington, Delaware 19899-8705 (Courier 19801)
          Telephone: 302-652-4100
          Facsimile: 302-652-4400
          email: rpachulski@pszjlaw.com
                 akornfeld@pszjlaw.com
                 mpagay@pszjlaw.com
                 joneill@pszjlaw.com

          Counsel to the Debtors and Debtors in Possession

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the concurrently filed *Motion for Partial Summary Judgment Regarding First Cause of Action Asserted in Complaint for Declaratory Relief*.

[3] The Debtor requests that the Court take judicial notice of the Government Regulations pursuant to Rule 201 of the Federal Rules of Rules of Evidence.