IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 11 |
| RTI HOLDING COMPANY, LLC, *et al.*,[1] | Case No. 20-12456 (JTD) |
| Debtors. | (Jointly Administered) |
| RUBY TUESDAY, INC., | |
| Plaintiff, | Adv. Proc. No. 20-51045 (JTD) |
| v. | |
| EVERGREEN DEVELOPMENT COMPANY, L.L.C., | |
| Defendant. | |

**CROSS-MOTION OF EVERGREEN DEVELOPMENT COMPANY, L.L.C. FOR SUMMARY JUDGMENT**

Defendant, Evergreen Development Company, L.L.C. ("Evergreen"), by and through its undersigned counsel, hereby opposes *Debtor's Motion for Partial Summary Judgment Regarding First Claim for Relief Asserted in Complaint for Declaratory Relief* and cross-moves (this "Cross-Motion") this Court for entry of an order, in the form attached and as described in the

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: RTI Holding Company, LLC (4966); Ruby Tuesday, Inc. (5239); Ruby Tuesday, LLC (1391); RTBD, LLC (6505); RT of Carroll County, LLC (8836); RT Denver Franchise, L.P. (2621); RT Detroit Franchise, LLC (8738); RT Distributing, LLC (6096); RT Finance, LLC (7242); RT FL Gift Cards, Inc. (2189); RT Florida Equity, LLC (7159); RT Franchise Acquisition, LLC (1438); RT of Fruitland, Inc. (1103); RT Indianapolis Franchise, LLC (6016); RT Jonesboro Club (2726); RT KCMO Franchise, LLC (7020); RT Kentucky Restaurant Holdings, LLC (7435); RT Las Vegas Franchise, LLC (4969); RT Long Island Franchise, LLC (4072); RT of Maryland, LLC (7395); RT Michiana Franchise, LLC (8739); RT Michigan Franchise, LLC (8760); RT Minneapolis Franchise, LLC (2746); RT Minneapolis Holdings, LLC (7189); RT New England Franchise, LLC (4970); RT New Hampshire Restaurant Holdings, LLC (7438); RT New York Franchise, LLC (1154); RT Omaha Franchise, LLC (7442); RT Omaha Holdings, LLC (8647); RT One Percent Holdings, LLC (6689); RT One Percent Holdings II, LLC (2817); RT Orlando Franchise, LP (5105); RT Restaurant Services, LLC (7283); RT South Florida Franchise, LP (3535); RT Southwest Franchise, LLC (9715); RT St. Louis Franchise, LLC (6010); RT Tampa Franchise, LP (5290); RT Western Missouri Franchise, LLC (6082); RT West Palm Beach Franchise, LP (0359); RTTA, LP (0035); RTT Texas, Inc. (2461); RTTT, LLC (9194); Ruby Tuesday of Allegany County, Inc. (8011); Ruby Tuesday of Bryant, Inc. (6703); Ruby Tuesday of Columbia, Inc. (4091); Ruby Tuesday of Frederick, Inc. (4249); Ruby Tuesday of Linthicum, Inc. (8716); Ruby Tuesday of Marley Station, Inc. (1641); Ruby Tuesday of Pocomoke City, Inc. (0472); Ruby Tuesday of Russellville, Inc. (1601); and Ruby Tuesday of Salisbury, Inc. (5432).

accompanying Brief in Response to Debtor's Motion for Partial Summary Judgment on First Claim for Relief Asserted in Complaint for Declaratory Relief and in Support of this Cross-Motion (the "Brief").

| | |
|---|---|
| Dated: January 15, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Leslie C. Heilman*<br>Leslie C. Heilman, Esq. (DE Bar No. 4716)<br>Laurel D. Roglen, Esq. (DE<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4446<br>Facsimile: (302) 300-4065<br>E-mail: heilmanl@ballardspahr.com<br><br>and<br><br>Brian D. Huben (CA Bar No. 134354)<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915<br>Telephone: (424) 204-4400<br>Facsimile: (424) 204-4350<br>E-mail: hubenb@ballardspahr.com<br><br>and<br><br>Theodore J. Hartl (CO Bar No. 32409)<br>BALLARD SPAHR LLP<br>1225 17th Street, Suite 2300<br>Denver, CO 80202-5596<br>Telephone: (303) 292-2400<br>Facsimile: (303) 296-3956<br>E-mail: hartlt@ballardspahr.com<br><br>*Attorneys for the Defendant-Counterclaimant Evergreen Development Company, L.L.C.* |